ROCKAWAY PACIFIC CORPORATION, Respondent, *v.* THE STATE OF NEW YORK, Appellant.

CITY OF NEW YORK, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

*Eminent domain — appropriation by State of lands for purposes of defense — title to award.*

Rockaway Pacific Corp. v. State of New York, 214 App. Div. 843, affirmed.

(Argued May 13, 1926; decided July 9, 1926.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered October 6, 1925, which affirmed a judgment of the Court of Claims adjudging that the Rockaway Pacific Corporation was the owner in fee of lands on Rockaway peninsula in the county of Queens, appropriated by the State pursuant to chapter 13 of the Laws of 1917, as amended by chapter 130 of the Laws of 1917, and was entitled to any award that should be made therefor and dismissing the claim of the city of New York for the value of lands under water and of certain islands claimed to have been owned by it.

*George P. Nicholson, Corporation Counsel (Willoughby B. Dobbs* of counsel), for City of New York, appellant.

*Albert Ottinger, Attorney-General (James Gibson* of counsel), for State of New York, appellant and respondent.

*Gordon M. Buck* for respondent.

Judgment affirmed; with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.